SM

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

IMAGED

#1 Div 2. Dorm 3
Mr. Derrik McNair
20230425057
Cook County Jail detainee

① NEGLagence

② CRUEL And UNUSUAL Punishment

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

"Mr Tom Dart"
Cook County Sherrif,
Cook County Corrections
Cook County Health Care Administration

Case No: _____
(To be supplied by the Clerk of this Court)

23-cv-4295
Judge Kennelly
Magistrate Judge Jantz
PC 6/ Random

RECEIVED
JUL 05 2023 SH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Derrik McNair

B. List all aliases: n/a

C. Prisoner identification number: 20230425057

D. Place of present confinement: Cook County Jail

E. Address: 2700 S. California 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

(1) A. Defendant: Tom Dart
   Title: Cook County Sheriff
   Place of Employment: Cook County Corrections

(2) B. Defendant: Tom Dart Cook County Sheriff
   Title: Cook County Corrections
   Place of Employment: Cook County Sheriff (Jail)

(3) C. Defendant: Tom Dart Cook County Sheriff
   Title: Health Care Administrator
   Place of Employment: Cermak Dispensory.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(POSSIBLE 06 C 415?)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: On Police Brutality Official Misconduct

B. Approximate date of filing lawsuit: 2006?

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Riverdale IL, Police Officers??

D. List all defendants: Names unknown at this time.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Illinois

F. Name of judge to whom case was assigned: Honorable Judge Holderman

G. Basic claim made: Police Brutality Official Misconduct

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Settlement Agreement Honorable Judge Holderman

I. Approximate date of disposition: 2007-08

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

Revised 9/2007

Statement of Claim:

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(1) Tom Dart Sheriff Heading,
(2) On 05-16-2023 I was Transported
(3) "911" from the Cook County Corrections
(4) Dispencory, I informed the nurse
(5) about a severe infection pertaining
(6) to being in a unclean invaromant
(7) infested mattress, and not changing
(8) clothing for 3weeks and unclean
(9) towels, and shower, I was examined
(10) and told that I was having a stroke,
(11) "Misdiagnosed" but while in the ambulance
(12) Transpicted to St. Anthony Hospital
(13) I over heard that I was being trans-
(14) picted for being "Bug infested"
(15) Once I arrived and was seen I also
(16) Requested to have a X-Ray on a dislocated
(17) Left thumb, painful, I was transported
(18) to and X-Ray room escorted by 2
(19) Cook County Sheriff and Requested per
(20) doctor to have hand cuff Removed
(21) and was denied and the X-Ray was
(22) performed while being handcuffed to
(23) a bed, my hand was forced in a
(24) painful position to be Xrayed

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Revised 9/2007

5

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

That all parties involved in ~~this case be informed of proper~~ ~~procedures and that I be~~ ~~compensated for the action~~ ~~to my face~~

(25) After I was asked to remove any
(26) jewelry, none was present.
(27) X-rays reveal hand cuff on left
(28) hand, Sheriff's refuse to remove cuff
(29) after a few request from Doctor.
(30) I was held at St Anthony for
(31) a few more hours and release
(32) Per doctor with medication recommend-
(33) ation for medical prescriptions.
(34) Transported to Cook County Sheriffs
(35) and never was allowed back to
(36) Div 11 where I was housed, my property
(37) was all delivered to me in Div 2
(38) Doom 3, which included reading glasses

4
Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

2073

(3073)

39) HEALTH CARE Head Doctor is fully aware of
40) medical incident and also interview me
41) in person and Prescribed medication
42) to be issued along with a change of
43) clothing. name unknown at this time.

(3073)

Your Law Library Request Slips must have the specific information you request. You may request up to three information (on three separate slips). If you put **multiple items on ONE slip**, only **one item will be granted**. You must fill out **separate slips**, if you are requesting **multiple information**.

COOK COUNTY
DEPARTMENT OF CORRECTIONS
INMATE REQUEST FORM

CHECK ONE OF THE FOLLOWING SERVICES

- ☐ Write-Out
- ☐ Superintendent
- ☐ Commissary
- ☐ Trust Fund Balance
- ☐ Board of Ed. (18-21 yrs)
- ☐ G.E.D. (21 yrs and over)
- ☐ Release of Excess Cell Property
- ☐ Other
- ☐ Law Library
- ☐ Parole information
- ☐ Public Library
- ☐ U.S. Mail information
- ☐ Inmate Work Program

INMATE INFORMATION

INMATE NAME: John Doe

INMATE ID NUMBER: 2012-3456789

DIVISION:

DATE SUBMITTED:

COURT DATE:

LIVING UNIT:

INMATE SIGNATURE: [signature] Doe

INMATE REQUEST (PLEASE PRINT)

People v. Buss.

STAFF RESPONSE – INMATES DO NOT WRITE IN T[HIS SECTION]

Correct

STAFF SIGNATURE:

DATE SIGN

FCN-10(JAN 18)

COOK COUNTY
DEPARTMENT OF CORRECTIONS
INMATE REQUEST FORM

CHECK ONE OF THE FOLLOWING SERVICES

- ☐ Write-Out
- ☐ Superintendent
- ☐ Commissary
- ☐ Trust Fund Balance
- ☐ Board of Ed. (18-21 yrs)
- ☐ G.E.D. (21 yrs and over)
- ☐ Release of Excess Cell Property
- ☐ Other
- ☐ Law Library
- ☐ Parole information
- ☐ Public Library
- ☐ U.S. Mail information
- ☐ Inmate Work Program

RELIGIOUS SE[RVICES]

- ☐ Muslim
- ☐ Catholic
- ☐ Non-Denominati[onal]
- ☐ Baptist
- ☐ Jewish
- ☐ Jehovah's Witne[ss]

INMATE INFORMATION

INMATE NAME: John Doe

INMATE ID NUMBER: 2012-3456789

DIVISION:

DATE SUBMITTED:

COURT DATE:

LIVING UNIT:

INMATE SIGNATURE: [signature] Doe

INMATE REQUEST (PLEASE PRINT)

People v. Buss, Agg. Battery
People v. Hyland, FOIA
People v. Smith, Constitution

STAFF RESPONSE – INMATES DO NOT WRITE IN THIS SECTION

WRONG

STAFF SIGNATURE:

DATE INMATE RECEIVED RESPO[NSE]

FCN-10(JAN 18)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

That all parties that's later revealed be disciplined for their lack of professionalism and act, and that I be compensated for my pain and suffering in the amount of $200,000

VI. The plaintiff demands that the case be tried by a jury.  ☐ YES  ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_Mr Derrik McNair_
(Signature of plaintiff or plaintiffs)

Mr. Derrik McNair
(Print name)

#2023040057
(I.D. Number)

2700 S. California
Chicago Illinois 60608
(Address)

Counselor Dvizac
Inmate
code: Doc 165

# COOK COUNTY
## DEPARTMENT OF CORRECTIONS
### INDIVIDUAL IN CUSTODY REQUEST FORM

**CHOOSE ONE (1) OF THE FOLLOWING SERVICES**

- [ ] Write-Out
- [ ] Superintendent
- [ ] Commissary
- [ ] Trust Fund Balance
- [ ] Board of Ed. (18-21 yrs.)
- [ ] G.E.D. (21 yrs. and over)
- [ ] Release of Excess Cell Property
- [x] Other: Counselor

- [ ] Law Library
- [ ] Parole Information
- [ ] Public Library
- [ ] U.S. Mail information
- [ ] Work Program
- [ ] Voter Reg. Application
- [ ] Substance Use Treatment
- [ ] D.O.C. Program:

**RELIGIOUS SERVICES**
- [ ] Muslim
- [ ] Catholic
- [ ] Non-Denomination Christian
- [ ] Baptist
- [ ] Jewish
- [ ] Jehovah's Witness

**INDIVIDUAL'S INFORMATION**

NAME: Dozek McNair
ID NUMBER: 20230405057
DIVISION: Div 2
DATE SUBMITTED: June 13, 2023
COURT DATE: Aug 2, 2023
LIVING UNIT: D6M3

INDIVIDUAL IN CUSTODY SIGNATURE: Dozek McNair

**INDIVIDUAL'S REQUEST (PLEASE PRINT)**

Requesting 1983 form and Notorized signature Both Notorized signature to proceed in forma pauperis. 1983 Financial Affidavit

**STAFF RESPONSE - DO NOT WRITE IN THIS SECTION**

1983 form comes from law library

STAFF SIGNATURE: Scott
DATE INDIVIDUAL RECEIVED RESPONSE/SERVICE: JUN 14 2023

(FCN-22) (MAY 23)

Mr. Dezeik McNair #20230425057
2700 S California
Chicago, Illinois
60608

Prisoner Correspondant

United States District Court
Northern District of Illinois
219 S. Dearborn Street
20th Floor
Chicago, Illinois
60604



-cv-4295
dge Kennelly
gistrate Judge Jantz
6/ Random

LEGAL MAIL

LEGAL MAIL



07/05/2023-52

Mcnair- BB18